Attorneys for Plaintiffs,
Oldfather Law Firm
1330 South Third Street
Louisville, KY 40208
(502) 637-7200

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-03178-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| ROBERT T. SAMPSON<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC; PFIZER, INC; JOHN DOE ONE; JOHN DOE TWO; H. LYNN SPEEVAK, MD; and COMMUNITY MEDICAL ASSOCIATES, INC.<br><br>　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiff, ROBERT T. SAMPSON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| DATED: 12-16, 2009 | OLDFATHER LAW FIRM | |

By: *Ann B. Oldfather* / with permission by RMCrone
Ann B. Oldfather
Attorneys for Plaintiffs

DATED: 12-16, 2009     THOMPSON MILLER & SIMPSON

By: *W. Kennedy Simpson* / with permission by RMCrone
W. Kennedy Simpson
Attorneys for Defendant Community Medical Associates

DATED: 12-16, 2009     O'BRYAN, BROWN & TONER, PLLC

By: *Joseph C. Klausing* / with permission by RMCrone
Joseph C. Klausing
Attorneys for Defendant H. Lynn Speevak, MD

DATED: February 3, 2010     DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 6 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE